1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DARRELL CASTLEBERRY,              )       No. EDCV 03-624 JHN (CW)
                                       )
13                    Petitioner,      )       ORDER ACCEPTING REPORT AND
                                       )       RECOMMENDATION OF UNITED STATES
14            v.                       )       MAGISTRATE JUDGE
                                       )
15   GAIL LEWIS (Warden),              )
                                       )
16                    Respondent.      )
     _____)
17

18
19         Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

20   entire record in this action, as well as the Report and Recommendation

21   of the United States Magistrate Judge and any objections thereto.   The

22   court has made a <u>de novo</u> determination with respect to any portions of

23   the Report and Recommendation as to which objection has been made.

24   //

25   //

26   //

27   //

28   //
     //

1    **IT IS ORDERED**: (1) that the Report and Recommendation of the
2  United States Magistrate Judge be accepted; (2) judgment be entered
3  conditionally granting the petition; and (3) Respondent is hereby
4  directed to release Petitioner from custody unless, within sixty days,
5  the State of California grants Petitioner a new trial.

6    **IT IS FURTHER ORDERED** that this order and the judgment herein be
7  served on the parties.

8
9  DATED:    _September 9, 2010_

10
11                                    _____
12                                    JACQUELINE H. NGUYEN
                                      United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2