# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CASTLEBERRY, | No. EDCV 03-624 JHN (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| GAIL LEWIS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is conditionally granted.

DATED: _September 9, 2010_

JACQUELINE H. NGUYEN
United States District Judge